UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| JERICKA JOCOLE JAMES, | CIVIL ACTION |
| Plaintiff, | |
| v. | CASE NO. 4:17-cv-00136-WS-CAS |
| HUNTER WARFIELD, INC.; STEPHEN SOBOTA d/b/a HUNTER WARFIELD; TODD WAHL d/b/a HUNTER WARFIELD; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION LLC; | **NOTICE OF PENDING SETTLEMENT PURSUANT TO LOCAL RULE 16.1** |
| Defendants. | |

To:   The Clerk of Court and all interested parties

PLEASE TAKE NOTICE that Plaintiff JERICKA JOCOLE JAMES and Defendants HUNTER WARFIELD, INC., STEPHEN SOBOTA d/b/a HUNTER WARFIELD, and TODD WAHL d/b/a HUNTER WARFIELD entered into a settlement agreement on April 17, 2017, and the plaintiff anticipates that the settlement terms will be fulfilled and dismissal papers filed with respect to Defendants HUNTER WARFIELD, INC., STEPHEN SOBOTA d/b/a HUNTER WARFIELD, and TODD WAHL d/b/a HUNTER WARFIELD within 30 days.

Respectfully submitted,

Dated:   April 17, 2017   s/ Brian L. Ponder

1

2

                Brian L. Ponder, Esq. (NY: 5102751)
                BRIAN PONDER LLP
                200 Park Avenue, Suite 1700
                New York, New York 10166
                Telephone: (646) 450-9461
                Facsimile: (646) 607-9238
                Email: brian@brianponder.com
                ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2017, I electronically filed the foregoing paper with the Clerk of Court using the Court's CM/ECF system, which served the foregoing document upon all counsel of record.

                                            Respectfully submitted,

Dated:      April 17, 2017                 s/ Brian L. Ponder
                                            Brian L. Ponder, Esq. (NY: 5102751)