UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JERICKA JOCOLE JAMES

    VS                                                      CASE NO.  4:17-cv-136-MW-CAS

HUNTER WARFIELD INC., et al

**JUDGMENT**

This action is dismissed with prejudice under Federal Rule of Civil Procedure 41(a) as to Defendants Hunter Warfield, Inc., Stephen Sobota, d/b/a Hunter Warfield, and Todd Wahl, d/b/a Hunter Warfield.

JESSICA J. LYUBLANOVITS
CLERK OF COURT

May 3, 2017
DATE

s/ Chip Epperson
Deputy Clerk: Chip Epperson