UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JERICKA JOCOLE JAMES

    VS                                        CASE NO.  4:17cv136-MW/CAS

EQUIFAX INFORMATION SERVICES,
LLC, et al.

**JUDGMENT**

This case is DISMISSED without prejudice for failure to prosecute.

                                          JESSICA J. LYUBLANOVITS
                                          CLERK OF COURT

March 19, 2018                s/ Cindy Markley
DATE                                Deputy Clerk: Cindy Markley